# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASTITY ANN HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-196 Erie |
| ) | Judge Maurice B. Cohill, Jr. |
| CAROLYN W. COLVIN, ACTING ) | Magistrate Judge Susan Baxter |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM ORDER**

This case is before us on appeal from a final decision by the defendant, Commissioner of Social Security, denying Chastity Ann Hart's o/b/o C.L.C. 's claim for supplemental security income under the Social Security Act, 42 U.S.C. §§ 1381-1383(f). The case was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation.

Magistrate Judge Baxter issued a Report and Recommendation, filed December 23, 2013, recommending that the Defendant's motion for summary judgment be granted, and that the Plaintiff's motion for summary judgment be denied. ECF No. 16. The Parties were permitted until January 9, 2014 to file written objections to the Report and Recommendation. To date, no objections have been filed.

Upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court, the following Order is hereby entered.

AND NOW, this 23rd day of January, 2014, it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The Report and Recommendation dated December 23, 2013 is adopted as the Opinion of the Court.

2. Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF No. 14) is GRANTED.

3. Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.

A separate Judgment Order is being filed simultaneously.

The Clerk of Court shall mark this case "CLOSED."

*Maurice B. Cohill*
Maurice B. Cohill, Jr.
Senior United States District Judge