**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHASTITY ANN HART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 12-196E** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE, COMMISSIONER** | ) | |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JUDGMENT ORDER**

AND NOW, this 23rd day of January, 2014, the Court having separately ordered that Plaintiff Chastity Ann Hart's Motion for Summary Judgment [ECF# 12] is DENIED and Defendant Commissioner of Social Security's Motion for Summary Judgment [ECF #14] is GRANTED, it is further hereby ORDERED, ADJUDGED, and DECREED that final judgment of this Court is entered in favor of Defendant Commissioner of Social Security, and against Plaintiff Chastity Ann Hart pursuant to Federal Rule of Civil Procedure 58.


S/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior District Court Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SUE EATON, | ) |
| | ) |
| Plaintiff, | )      Civil Action No. 10-258E |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, COMMISSIONER | ) |
| OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this _____ day of February, 2012, the Court having separately

Ordered that Plaintiff's Motion for Summary Judgment [ECF#9] is denied and

Defendant's Motion for Summary Judgment [ECF# 11] is granted,

It is further hereby ORDERED, ADJUDGED, and DECREED, that FINAL

JUDGMENT of this Court is entered pursuant to Fed.R.Civ.P. 58.


_____
Maurice B. Cohill, Jr.
Senior District Court Judge